IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LEVI BAKER, on behalf of himself and all
others similarly situated                                                          PLAINTIFFS

VERSUS                                                      CIVIL ACTION NO. 1:04cv137WJG-JMR

WASHINGTON MUTUAL FINANCE
GROUP, LLC; and WASHINGTON
MUTUAL FINANCE OF MISSISSIPPI, LLC                                    DEFENDANTS

RULE 54(b) FINAL ORDER REGARDING CERTAIN
DISTRIBUTIONS FROM SETTLEMENT FUND


        This cause is before the Court on the motion [148] of Plaintiff Levi Baker and the Class

for final approval of distribution to class members, final approval of class counsel fee and

expense award, final approval of other counsel fee and expense awards, and request for hearing.

Considering the information obtained from counsel during a status conference in this matter held

before the Court on January 10, 2007, and a review of the record in this matter, it is hereby,

        ORDERED AND ADJUDGED that the motion [148]  is granted in part as follows:

        1.  The Settlement Administrator or Defendants shall make payments from the Settlement

Fund as follows:

        a.  $597,702.00 to the United States Bankruptcy Trustee for the Northern District

of Mississippi on behalf of Trustee Filed Case Class Members.  A list of bankruptcy

estates represented in this action by the Trustee is attached hereto as Exhibit A.

        b.  $158,574.00 to the United States Bankruptcy Trustee for the Southern District

of Mississippi on behalf of Trustee Filed Case Class Members.  A list of bankruptcy

estates represented in this action by the Trustee is attached hereto as Exhibit B.

      c.  $1,000.00 to counsel for each Filed Case Class Member for whom the Court finds that no issue exists requiring judicial action, as set forth on the attached Exhibit C, which is incorporated herein by this reference, for total payments equaling $2,233,000.00

      d.  $2,500.00 to the class representative, Levi Baker.

    2.  This Order sets forth all payments due to or on account of all Trustee Filed Case Class Members and all Filed Case Class Members who are identified on Exhibit C.

    3.  This Order is and shall be a final, appealable judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, as it fully and finally adjudicates the rights of the persons described herein in regard to the Settlement Fund, and there is no just reason for delay in its entry as a final order.

    4.  The Clerk of Court shall enter this Order forthwith pursuant to Federal Rule of Civil Procedure 54(b).

    SO ORDERED AND ADJUDGED, this the 1st day of February, 2007.

                          *WALTER J. GEX III*
                    UNITED STATES SENIOR DISTRICT JUDGE