IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


LEVI BAKER, on behalf of himself and all
others similarly situated                                                    PLAINTIFFS

VERSUS                                      CIVIL ACTION NO. 1:04cv137WJG-JMR

WASHINGTON MUTUAL FINANCE
GROUP, LLC; and WASHINGTON
MUTUAL FINANCE OF MISSISSIPPI, LLC                           DEFENDANTS


O R D E R


        This matter is before the Court on the motions for award of attorneys fees and

reimbursement of expenses, and the supplements thereto submitted by class counsel, Richard A.

Freese and Tim K. Goss [89-1]; William Catledge [59-1]; Michael Hartung and Edward

Blackmon, Jr. [60-1, 112-1, 133-1, 136-1]; Roman Shaul [62-1, 111-1, 139-1]; Harry McCumber

[63-1]; Charles A. McCallum III and R. Brent Irby [Pinkston attorneys] [70-1]; R. Bradley Best

[115-1, 116-1, 117-1, 138-1]; and Suzanne Keys [61-1, 140-1].  Also pending before the Court

are the motions of Derek Hopson [118-1] to allow him to file fee application out of time, and a

motion on behalf of Cofer filed by Precious Martin [143-1].  Pursuant to the Memorandum

Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

        ORDERED AND ADJUDGED that the motions for attorneys' fees filed by Roman Shaul

[62-1, 111-1, 139-1] are granted.  The Defendants are ordered to pay Shaul $37,780.35 in

reasonable costs and attorney's fees.  It is further,

ORDERED AND ADJUDGED that the motions for attorneys' fees filed by Suzanne Keys [61-1, 140-1] are granted.  The Defendants are ordered to pay Keys $27,519.60 in reasonable costs and attorney's fees.  In addition, the Defendants are ordered to pay Issac Byrd $260.00 in reasonable attorney's fees; Precious Martin $9,002.50 in reasonable attorney's fees; Robert Clark $1,187.50 in reasonable attorneys' fees; and Ramel Cotten $1,000.00 in reasonable attorney's fees.  It is further,

ORDERED AND ADJUDGED that the motion for attorneys' fees filed by Harry McCumber [63-1], on behalf of Chris Cofer, is granted.  The Defendants are ordered to pay McCumber $100,304.51 in reasonable costs and attorney's fees.  It is further,

ORDERED AND ADJUDGED that the motion for attorneys' fees filed by Charles A. McCallum III and R. Brent Irby [70-1] is granted.  The Defendants are ordered to pay the Pinkston attorneys $21,233.60 in reasonable costs and attorney's fees.  It is further,

ORDERED AND ADJUDGED that the motion for attorneys' fees filed by William Catledge [59-1] is granted.  The Defendants are ordered to pay Catledge $12,965.00 in reasonable costs and attorney's fees.  It is further,

ORDERED AND ADJUDGED that the motions for attorneys' fees filed by R. Bradley Best [115-1, 116-1, 117-1, 138-1] are granted.  The Defendants are ordered to pay Best $20,613.34 in reasonable costs and attorney's fees.  In addition, the Defendants are ordered to pay Richard Yoder, Jr., $6,352.00 in reasonable attorney's fees; and B. Humphreys McGee III $981.25 in reasonable attorney's fees.  It is further,

ORDERED AND ADJUDGED that the motions for attorneys' fees filed by Michael Hartung and Edward Blackmon, Jr. [60-1, 112-1, 133-1, 136-1] are granted.  The Defendants are

ordered to pay Hartung $155,232.44 in reasonable costs and attorney's fees.  In addition, the

Defendants are ordered to pay Blackmon $35,527.50 in reasonable attorney's fees.  It is further,

ORDERED AND ADJUDGED that the motions for attorneys' fees filed by Richard A.

Freese and Time K. Goss [89-1] are granted.  The Defendants are ordered to pay Freese

$122,513.10 in reasonable costs and attorney's fees.  In addition, the Defendants are ordered to

pay Regina L. Reese $568.75 in reasonable fees; Glenda Frye $211.25 in reasonable fees; and

Phyllis Cole $32.50 in reasonable fees.  The Defendants are ordered to pay Goss $160,256.70 in

reasonable costs and attorney's fees.  In addition, the Defendants are ordered to pay Richard

Capshaw $1,406.25 in reasonable attorneys fees; Billy Ravkind $1,125.00 in reasonable attorneys

fees; Mikel Bowers $10,203.13 in reasonable attorneys fees; Tamara Banno $14,336.57 in

reasonable attorneys fees; Sara Vedral $3,534.38 in reasonable attorneys fees; and Iva York

$12,038.00 in reasonable fees.  It is further,

ORDERED AND ADJUDGED that the motions of Derek Hopson [118-1] to allow him

to file fee application out of time, and a motion on behalf of Cofer filed by Precious Martin [143-

1] be, and are hereby, denied.

SO ORDERED this the 20th day of February, 2007.


_Walter J. Gex III_
UNITED STATES SENIOR DISTRICT JUDGE