IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


LEVI BAKER, on behalf of himself and all
others similarly situated                                                                              PLAINTIFFS

VERSUS                                                        CIVIL ACTION NO. 1:04cv137WJG-JMR

WASHINGTON MUTUAL FINANCE
GROUP, LLC; and WASHINGTON
MUTUAL FINANCE OF MISSISSIPPI, LLC                                            DEFENDANTS


O R D E R


  THIS CAUSE is before the Court on motion [167-1] of the Defendants, Washington Mutual Finance Group, LLC and Washington Mutual Finance Group of Mississippi LLC [collectively, Washington Mutual] for an order regarding settlement administration.  Currently, the only pending item in the settlement is a request for clarification from the United States Bankruptcy Trustees for the Northern and Southern Districts of Mississippi.  To that end, the Court has considered the submission from the trustees, and it appears from that submission that attorneys fees for work performed on behalf of the settlement class in this case has been paid to the trustees by the respective bankruptcy courts in conjunction with the relevant bankruptcy estates.  The trustees requested that the award from this Court be utilized to pay expenses to the respective law firms associated with the trustees.  The Court, however, shall require those firms to itemize those expenses associated only with work performed on the class settlement on behalf of the trustees' clients.  That itemization, in addition to the letter outlining the position of the trustees submitted earlier only to chambers, shall be filed in the record of this case within five

business days from the date of this order.  At that time, a final determination of an award to the trustees, if any, will be entered by the Court.  It is therefore,

ORDERED that Washington Mutual's motion [167-1] for an order regarding settlement administration be, and is hereby, granted.  It is further,

ORDERED that the bankruptcy trustees submit a specific breakdown of expenses incurred by the respective law firms for work performed on the settlement class only within five business days from the date of entry of this Order, or by no later than  That itemization must be filed in this case within 5 business days of the entry date of this order, or by no later than November 6, 2007.  In addition, the trustee should file the letter submitted to chambers outlining the position regarding payment of attorneys fees by the bankruptcy court by that same deadline.  It is further,

ORDERED that each party bear its respective costs associated with this motion.

SO ORDERED  this the 30th day of October, 2007.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE