IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LEVI BAKER, on behalf of himself and all
others similarly situated                                                                                    PLAINTIFFS

VERSUS                                                                   CIVIL ACTION NO. 1:04cv137WJG-JMR

WASHINGTON MUTUAL FINANCE
GROUP, LLC; and WASHINGTON
MUTUAL FINANCE OF MISSISSIPPI, LLC                                                      DEFENDANTS

O R D E R

THIS CAUSE is before the Court on motion [173-1] of Defendants Washington Mutual Finance Group, LLC and Washington Mutual Finance Group of Mississippi LLC [collectively, Washington Mutual] for an order regarding settlement administration. Defendants seek an order authorizing the settlement administrator to pay putative successors of deceased settlement class members. (Ct. R., Doc. 173, p. 1.) The Court finds no reason to deny the motion, and no objections to the motion have been filed by other class members. Accordingly, the Court concludes that the motion to authorize the settlement administrator to pay putative successors of deceased settlement class members should be granted. It is therefore;

ORDERED that the Defendants' motion for an order authorizing the settlement administrator to pay putative successors [173-1] be, and is hereby, granted. It is further,

ORDERED that each party bear its respective costs associated with this motion.

SO ORDERED this the 26th day of August, 2008.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE