IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


LEVI BAKER, on behalf of himself and all
others similarly situated                                                                    PLAINTIFF


VERSUS                                        CIVIL ACTION NO. 1:04cv137WJG-JMR

WASHINGTON MUTUAL FINANCE
GROUP, LLC; and WASHINGTON
MUTUAL FINANCE OF MISSISSIPPI, LLC                                    DEFENDANTS


O R D E R


        THIS MATTER is before the Court on motion [175] filed by Defendants Washington

Mutual Finance Group, LLC; and Washington Mutual Finance of Mississippi, LLC, for an order

authorizing the settlement administrator to pay Proof of Claim Class members.  The Court

having considered same, and Defendants having represented to this Court that Class Counsel has

no opposition to the motion, finds that the motion is well-taken and should be granted.  It is

therefore,

        ORDERED that Defendants' motion [175] for an order authorizing the settlement

administrator to pay Proof of Claim Class Members be, and is hereby, granted.  It is further,

        ORDERED that the settlement administrator be, and is hereby, authorized to pay Proof of

Claim Class Members pursuant to Defendants' verification of claim forms, and to pay Opt-

Out Class Members pursuant to Defendants' review of account information, with the Base Proof

of Claim Payment established at $161.72, and total payments equaling $2,383,429.36.  It is

further,

ORDERED that in all other respects the prior orders of this Court regarding disbursement of class funds remain in full force and effect.

SO ORDERED, this the 14th day of January, 2009.

_Walter J. Gex III_
UNITED STATES SENIOR DISTRICT JUDGE